**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-60740-CIV-ALTMAN/Hunt**

JOHN DUHE, individually
and on behalf of all others similarly situated, **CLASS ACTION**

*Plaintiff*,

vs.

USHEALTH ADVISORS, LLC, **JURY TRIAL DEMANDED**

*Defendant.*
_______________________________________/

**JOINT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.l.B of the Local Rules of the United States District Court of the Southern District of Florida, and upon consideration of the Joint Scheduling Report filed by the Parties, and the Court being fully advised in the premises, it is thereupon,

**ORDERED** and **ADJUDGED** as follows:

**a.** **Track**: This case shall be assigned to the standard case management track pursuant to Local Rule 16.1(a)(2)(B).

**b.** **Discovery and disclosure schedule**: The fact and expert discovery cut-off date shall be **May 30, 2020,** and class certification discovery cut-off date shall be **April 30, 2020,** unless modified by further order of the Court. Experts shall be identified and written reports provided by **March 13, 2020**, with any rebuttal experts and reports provided within thirty days thereafter in accordance with Fed. R. Civ. P. 26(a)(2)(D)(ii). The initial disclosures and exchanges required by Fed. R. Civ. P. 26(a)(l) and S.D. Fla. LR 16.1.B shall be made **May 27, 2019.**

**c. Agreements re ESI:** The parties have agreed to an ongoing meet and confer concerning the production of Electronically Stored Information (ESI), with the objective of completing the Checklist for Rule 26(f) Conference Regarding Electronically Stored Information (ESI), and negotiating a mutually acceptable ESI Agreement to be filed with the Court no later than **August 30, 2019**. If the parties cannot reach agreement by ______________, they agree to file a proposed ESI Agreement containing Plaintiff's and Defendant's proposals for each topic upon which they do not agree, accompanied with a Joint Motion for the Court to enter an ESI Agreement, pursuant to Local Rule 26(f)(4).

**d. Agreements re privileged material and confidentiality:** The parties expressly acknowledge and agree that inadvertently produced privileged or work product materials shall be returned, sequestered, or destroyed pursuant to Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure. If necessary, the parties will propose a Stipulated Protective Order, to preserve confidential information.

**e. Join parties and amend pleadings**: The parties do not anticipate joinder of additional Defendants to this action. Plaintiff anticipates adding additional Plaintiffs through class certification or as necessary to pursue class certification.

**f. Filing of dispositive pretrial motions** shall be done by ____________.

**g. Resolution of all pretrial motions by the Court**: by _____________.

**h. Need for rule variation:** The parties have adopted the default limitations on discovery imposed by the Federal Rules of Civil Procedure, local rules, and applicable case law. The parties do, however, reserve the right to seek leave of Court to exceed these discovery limitations, if necessary.

**i. Pretrial conference, if any**, to be held on _____________.

**j. The trial date shall be ___________.**

**DONE** and **ORDERED**, in Chambers, at Fort Lauderdale, Broward County, Florida, this __ day of May, 2019.

____________________________________
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record.