**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:19-cv-60740-RKA – Altman/Hunt**

JOHN DUHE, individually and on behalf of others similarly situated **CLASS ACTION**

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.
____________________________________/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order Requiring Scheduling Report and Certificates of Interested Parties (DE10), Defendant USHealth Advisors, LLC ("USHA") submits the following:

1. USHA is a nongovernmental corporate entity.
2. USHEALTH Group, Inc. is USHA's parent company and owns 100% of USHA's stock.
3. No publicly held corporation owns 10% or more of USHA's stock.
4. The name of each person, associated person, firm, partnership, or corporation that has a financial interest in the outcome of this case:
   - John Duhe, Plaintiff
   - Seth Lehrman, Esq. (Counsel for Plaintiff)
   - Edwards Pottinger LLC (Plaintiff's law firm)
   - Scott D. Owens (Counsel for Plaintiff)
   - Scott D. Owens, P.A. (Plaintiff's law firm)
   - Justin H. Jaffe (Counsel for Plaintiff)
   - lowercase, pllc. (Plaintiff's law firm)
   - USHealth Advisors, LLC (Defendant)
   - USHEALTH Group, Inc. (Defendant's parent company)
   - Jeffrey A. Backman, Esq. (Counsel for Defendant)
   - Gregg I. Strock, Esq. (Counsel for Defendant)

- Greenspoon Marder, LLP (Defendant's law firm)

DATED: May 13, 2019

Respectfully submitted,

By: */s/ Jeffrey A. Backman*

JEFFREY A. BACKMAN
Florida Bar No. 662501
Gregg I. Strock
Florida Bar No. 1010140
GREENSPOON MARDER LLP
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
gregg.strock@gmlaw.com
marie.kusek@gmlaw.com

*Attorneys for Defendant*