UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60740-CIV-ALTMAN/Hunt

JOHN DUHE, individually
and on behalf of all others similarly situated,    **CLASS ACTION**

    *Plaintiff*,
vs.

USHEALTH ADVISORS, LLC,    **JURY TRIAL DEMANDED**

    *Defendant.*
_____/

## JOINT STIPULATION FOR DISMISSAL

The Plaintiff, John Duhe, and Defendant, USHEALTH Advisors, LLC, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff's claims against Defendant. Each party shall each bear their own respective costs and attorneys' fees and costs. The Stipulation for Dismissal disposes of the entire action.

DATED this 31st day of October, 2019.

| | |
|---|---|
| */s/ Seth M. Lehrman* | /s/ Jeffrey A. Backman |
| Seth M. Lehrman (FBN 132896) | Jeffrey A. Backman (FBN 662501) |
| E-mail: seth@epllc.com | E-mail: jeffrey.backman@gmlaw.com; |
| EDWARDS POTTINGER LLC | khia.joseph@gmlaw.com |
| 425 North Andrews Avenue, Suite 2 | Gregg I. Strock (FBN 1010140) |
| Fort Lauderdale, Florida 33301 | E-mail: gregg.strock@gmlaw.com; |
| Telephone: 954-524-2820 | cheryl.cochran@gmlaw.com |
| Facsimile: 954-524-2822 | GREENSPOON MARDER LLP |
| | 200 E. Broward Blvd., Suite 1800 |
| Scott D. Owens, Esq. (FBN 597651) | Fort Lauderdale, FL 33301 |
| Email: scott@scottdowens.com | Telephone: 954-491-1120 |
| SCOTT D. OWENS, P.A. | |
| 3800 S. Ocean Dr., Suite 235 | *Attorneys for Defendant* |
| Hollywood, FL 33019 | |
| Telephone: 954-589-0588 | |
| Facsimile: 954-337-0666 | |

Justin H. Jaffe (FBN 103328)
lowercase, pllc
E-mail: justin@lowercaselaw.com
3250 NE 1st Ave., Suite 305
Miami, FL 33137
Telephone: 833-569-3335

*Attorneys for Plaintiff*