**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-60740-CIV-ALTMAN/Hunt**

**JOHN DUHE,** *individually and*
*on behalf of all others similarly situated*,

      Plaintiff,

v.

**USHEALTH ADVISORS, LLC,**

      Defendant.
_____/

**ORDER OF DISMISSAL**

      **THIS MATTER** comes before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 21]. The Court, having carefully reviewed the record, and being otherwise fully advised, hereby

      **ORDERS AND ADJUDGES** that this case is **DISMISSED with prejudice.** The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED as moot.**

      **DONE AND ORDERED** in Fort Lauderdale, Florida this 31st day of October 2019.

                                                **ROY K. ALTMAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record